Brandon ROBINSON, Defendant-Below, Appellant,

v.

STATE of Delaware, Plaintiff-Below, Appellee.

No. 152, 2016

Supreme Court of Delaware.

Submitted: October 5, 2016

Decided: October 13, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID. No. 1009012821

AFFIRMED.

■

INFECTIOUS DISEASE ASSOCIATES, P.A., Defendant Below, Appellant,

v.

John DOE [1], Plaintiff Below, Appellee.

No. 62, 2016

Supreme Court of Delaware.

Submitted: October 13, 2016

Decided: October 14, 2016

Reargument Denied October 31, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. N13C-12-218

AFFIRMED.

1. The Court assigned a pseudonym to the party pursuant to Supreme Court Rule 7(d).